# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**BRIAN HERNANDEZ-JAVIER,**

    **Plaintiff,**

    **v.**

**CONTINENTAL CASUALTY CO.**

    **Defendant.**

**CIVIL NO. 16-2884 (PAD)**

## JUDGMENT

In accordance with the Order issued today (Docket No. 16) judgment is hereby entered dismissing plaintiff's claims with prejudice without the imposition of costs and attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of June, 2017.

                                             s/Pedro A. Delgado-Hernández
                                             PEDRO A. DELGADO-HERNÁNDEZ
                                             United States District Judge